✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Twin City Carpenters Pension Master Trust Fund, John Raines and Tim McGough, as Trustees of the Twin City Carpenters Pension Master Trust Fund, and each of their successors

V.

Phantom Construction Services, LLC, Scott Steffen d/b/a Phantom Construction Services, and Scott Steffen, individually, and CR Facility Services, LLC, CR Facilities Services, LLC, Carver Commercial Doors, LLC, J & J Holdings Group, LLC, SJS Drywall, LLC, Wyaz Services Ltd., Scott Steffen d/b/a CR Facility Services, CR Facilities Services, Carver Commercial Doors, J & J Holdings Group, SJS Drywall, and Wyaz Services, Ltd.

**JUDGMENT IN A CIVIL CASE**

Case Number:   13-857 RHK/TNL

☐ **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Court approves the terms of the settlement as set forth in the Stipulation in *Twin City Carpenters Pension Master Trust Fund et al v. Phantom Construction Services, LLC et al.,* Civ. No. 13-857 (RHK/TNL);
2. The Court has jurisdiction over the subject matter and the parties in this action and retains jurisdiction over (a) implementation of the Stipulation and any award or distribution of settlement payments and (b) construction, enforcement and administration of the Stipulation;
3. Plaintiffs shall recover of Defendants Phantom Construction Services, LLC, CR Facilities Services, LLC, Carver Commercial Doors, LLC, J & J Holdings Group, LLC, SJS Drywall, LLC, and Wyaz Services Ltd., jointly and severally, the sum of $373,593.06;
4. All of Plaintiffs' claims against Defendants CR Facility Services, LLC, and Scott Steffen d/b/a Phantom Construction Services, CR Facility Services, CR Facilities Services, Carver Commercial Doors, J & J Holdings Group, SJS Drywall, and Wyaz Services, Ltd., are **DISMISSED WITH PREJUDICE**; and
5. Pursuant to the parties' July 21, 2014 Stipulation (Doc. No. 58), all of Plaintiffs' claims against Scott Steffen, individually, are **DISMISSED WITH PREJUDICE**.

| July 24, 2014 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| | (By)   A. Linner   Deputy Clerk |