UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Twin City Carpenters Pension Master Trust Fund, and John Raines and Tim McGough, as Trustees of the Twin City Carpenters Pension Master Trust Fund, and each of their successors,<br><br>      Plaintiffs/Judgment Creditors,<br><br>v.<br><br>Scott Steffen, individually and d/b/a Phantom Construction Services, LLC; Phantom Construction Services, LLC; CR Facilities Services, LLC; Carver Commercial Doors, LLC; J & J Holdings Group, LLC; SJS Drywall, LLC; and Wyaz Services Ltd.,<br><br>      Defendants/Judgment Debtors. | Court File No.: 13-CV-00857 RHK/TNL<br><br>**PARTIAL SATISFACTION OF JUDGMENT**<br><br><br>Date of Judgement: 07/24/2014<br>Unpaid Balance: $360,113.54 |

I, Christopher L. Goodman, an attorney for Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and their Trustees and each of their successors, certify that the Judgment entered and docketed in the court in the above-entitled action on July 24, 2014, in the principal amount of $373,593.06 has been partially satisfied in the amount of $13,479.52, and the Court Administrator shall record the same.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Dated: March 16 2017

ANDERSON, HELGEN, DAVIS & CEFALU, PA

By: _____
Christopher L. Goodman (#285626)
Amanda R. Cefalu (#309436)
333 S 7th St #310
Minneapolis, MN 55402
Phone: 612-435-6363
Fax: 612-435-6379
Email: clg@andersonhelgen.com
          arc@andersonhelgen.com

307574